**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL R. MCNEIL,**

      **Plaintiff,**

v.                                                          Case No.   6:23-cv-2299-ACC-DCI

**T&M HEATH PROPERTY**
**MANAGEMENT LLC and**
**NUTRICOST LLC,**

      **Defendants.**

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b) M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 2, 2024.

*[Signature]*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record